[Nos. 1355 and 1356.]

## C. G. Fitze v. The State.

Local Option Law.—The repeal by prescribed mode of the Local Option Law pending an appeal from a conviction for its violation while in force annuls the conviction.

Appeals from the District Court of Polk. Tried below before the Hon. E. Hobby.

The convictions in these two cases were for violations of the Local Option Law. The trials were had while the law was in force. The fines assessed as penalties were respectively fifty and twenty-five dollars. Pending appeal, the Local Option Law was revoked by vote of the people.

*Tom Moore*, for the appellant.

*O. S. Eaton*, for the State.

Willson, J. These are convictions for violations of the law commonly known as the "Local Option Law." At the time the convictions were had that law was in force in Polk county.

Defendant appealed from the judgments of conviction to this court, and pending the appeals, the voters of Polk county, at an election held for that purpose, annulled or rescinded the operation of the Local Option Law in that county. This fact has been properly made to appear to this court, and in accordance with former decisions of this court upon this question, the judgments of conviction cannot now be enforced, there being no longer any law to support them. (*Halpin* v. *The State*, 5 Texas Ct. App., 212; *Monroe* v. *The State*, 8 Texas Ct. App., 343.)

The judgments are reversed and the prosecutions dismissed.

*Reversed and dismissed.*

Opinion rendered January 27, 1883.